IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17 AM 11: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHUBB CUSTOM INSURANCE CO., )
)
            Plaintiff, )
)
vs. )                    No. 05-2228-MaV
)
HARBOUR APARTMENTS, INC., )
et al., )
)
            Defendants. )

ORDER OF RECUSAL OF MAGISTRATE JUDGE DIANE K. VESCOVO

Pursuant to 28 U.S.C. § 455(a) and (b)(1) and (5)(iv), the undersigned hereby recuses herself, *sua sponte*, from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case and to deliver the magistrate judge's to the magistrate judge who receives the assignment.

The scheduling conference set August 25, 2005, is canceled and will be reset by the magistrate judge to whom the case is assigned.

IT IS SO ORDERED this _____17th_____ day of August, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___8-18-05___

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02228 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Thomas J. Walsh
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT