FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -8 AM 8: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| CHUBB CUSTOM INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-2228 Ma/P |
| ) | |
| HARBOUR APARTMENTS, INC. d/b/a ) | |
| MARINA COVE APARTMENTS, ) | |
| TALIAFARO, INC., and WATER ) | |
| GARDENS, LLC, ) | |
| ) | |
| Defendants. ) | |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates have been established as the final dates for:

INITIAL DISCLOSURES pursuant to Fed.R.Civ.P. 26(a)(1): **September 15, 2005**

JOINING PARTIES: **October 25, 2005**

AMENDING PLEADINGS: **October 25, 2005**

INITIAL MOTIONS TO DISMISS: **November 8, 2005**

COMPLETING ALL DISCOVERY:

    a) WRITTEN DISCOVERY: **March 10, 2006**

    b) DEPOSITIONS: **March 10, 2006**

    c) EXPERT DISCLOSURES (Rule 26)

        1) Plaintiff's Rule 26 Expert: **December 15, 2005**

    2) Defendants' Rule 26 Expert: **January 15, 2006**

    3) Expert Depositions: **March 10, 2006**

FILING DISPOSITIVE MOTIONS: **April 10, 2006**

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

    a) For Plaintiff: **Thirty (30) days prior to trial**

    b) For Defendants: **Twenty (20) days prior to trial**

    c) Parties shall have **ten (10) days after service** of opposition's final witness and/or exhibit list to file objections under Rule 26(a)(3)

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery deadline. All motions, written discovery, or other filings that require a response must be filed sufficiently in advance of the discovery deadline so as to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer, or objection if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

The parties are reminded that, pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60, must be accompanied by a proposed order. The opposing party on any motion may file a response. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it must file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

This case is set for JURY TRIAL and is expected to last 3 days. The district judge will set the trial date, pretrial conference date, and deadline for pretrial order. The attorneys will determine if the case is appropriate for ADR and will report to the Court within one (1) week after the close of discovery.

The parties have not consented to trial before the magistrate judge.

This Scheduling Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_____
Honorable Tu M. Pham
United States Magistrate Judge

Dated: __August 23, 2005__

**SUBMITTED BY:**

FORD & HARRISON LLP
795 Ridge Lake Blvd., Suite 300
Memphis, Tennessee 38120
(901) 291-1500

By: _____
Thomas J. Walsh (# 8261)
Keith R. Thomas (#18928)

Attorneys for Plaintiff


FARRIS, MATTHEWS, BRANNAN, BOBANGO
    HELLEN & DUNLAP, PLC
One Commerce Square, Suite 2000
Memphis, TN 38103
(901) 259-7100

By: _____
Fred M. Ridolphi (# 8105)   with express permission

Attorneys for Defendants Harbour Apts., Inc. and
Taliafaro, Inc.


BLACK, MCLAREN, JONES & RYLAND
530 Oak Court Drive, Suite 360
Memphis, TN 38117
(901) 762-0535

By: _____
Michael G. McLaren (# 5100) with express permission

Attorneys for Defendant Water Gardens, LLC

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02228 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

William E. Cochran
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 360
Memphis, TN 38117

Thomas J. Walsh
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Fred M. Ridolphi
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 360
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT